UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE EARL WICKS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-CV-1696-B |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Government has notified the Court that it does not intend to file objections. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is reversed and remanded for further proceedings consistent with the Magistrate Judge's Findings, Conclusions and Recommendation. Further, the Commissioner's Motion for Summary Judgment [D.E. 16] is DENIED.

SO ORDERED this 12th day of September, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE